**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1742**

In re: ANTHONY ANDREWS,

   Petitioner.

On Petition for Writ of Mandamus.  (5:21-ct-03072-D)

Submitted:  September 14, 2021     Decided:  September 17, 2021

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Anthony Andrews, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Andrews petitions for a writ of mandamus, alleging that the district court has unduly delayed handling his case. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Andrews' complaint on August 6, 2021. Accordingly, because the district court has recently decided Andrews' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*